**IT IS ORDERED as set forth below:**



**Date: June 4, 2013**

_____

C. Ray Mullins
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MICHAEL ALSONSO UFRET | : | CASE NUMBER A11-50848-CRM |
| TERRI OWENS UFRET | : | |
| DEBTORS | : | JUDGE MULLINS |

### CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO PROVIDE TAX REFUNDS

On May 22, 2013 at 10:00 a.m., the Court held a hearing on the Trustee's Motion to Dismiss based upon the Debtors' failure to remit tax refunds to the Chapter 13 Trustee. It further appears to the Court that the Debtors through counsel, agreed at the call of the Court's calendar to a consent agreement. For cause shown, **IT IS HEREBY**

**ORDERED** that the Debtors shall remit their Federal Income tax return to the Trustee by May 15th of each calendar year for the remaining years the case is pending. Additionally, unless further Court order allows retention, the Debtors shall pay any tax refund for the years of the

Debtors' Applicable Commitment Period to the Trustee by May 15th of each calendar year.  If the Debtors fail to provide either the tax refund or tax return to the Trustee by May 15th then the case shall be dismissed without further notice or hearing upon the receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal.  Prior to recommending dismissal the Trustee shall contact the Debtors' attorney via email or telephone to alert them of the default with an opportunity to cure the default.  Additionally, a letter will be sent to the Debtors at the beginning of each calendar year requesting a copy of the tax return and requesting the refund to be sent to the Chapter 13 Trustee.

The Clerk of the Court is directed to serve notice of this Order to the Debtors, Debtors' attorney, and the Chapter 13 Trustee.

**END OF DOCUMENT**

CONSENTED TO BY:

____/s/_____        ____/s/_____
Nancy J. Whaley                                    E. Michael Vereen
Chapter 13 Trustee                              Attorney for Debtors
GA Bar Number 377941                      GA Bar No. 727060
303 Peachtree Center Ave., NE          E. Michael Vereen, III
Suite 120                                                4000 Jay Green Road
Atlanta, GA  30303                              Canton, GA 30114
(678) 992 - 1201                                   *Signed by Nancy J. Whaley*
                                                              *with express permission*